# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Angela DiPolo <br>　　　　　　　　　Debtor(s) <br><br> NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER, its successors and/or assigns <br>　　　　　　　　　Movant <br>　　　vs. <br> Angela DiPolo <br>　　　　　　　　　Debtor(s) <br><br> William C. Miller Esq. <br>　　　　　　　　　Trustee | CHAPTER 13 <br><br> NO. 19-14768 ELF |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

　Kindly withdraw the Objection to Confirmation of NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER, which was filed with the Court on or about **September 26, 2019, docket number 12**.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　By: **/s/ Kevin G. McDonald, Esquire**
　　　　　　　　　　　　　　　　Kevin G. McDonald, Esquire
　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　215-627-1322
　　　　　　　　　　　　　　　　Attorney for Movant/Applicant

October 25, 2019