CHRISTOPHER BOKAS, ESQUIRE
20 West Third Street
Media, PA   19063-2646
Tel: 610-352-7100
Fax: 484-483-1013
Christopherbokas@gmail.com                              Attorney for Debtor


UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bk. No. 19-14768-ELF |
| | : | |
| ANGELA DiPOLO | : | Chapter 13 |
| Debtor | : | |

**NOTICE OF FILING OF APPLICATION FOR ALLOWANCE OF COMPENSATION**

Please take notice that the debtor's attorney, Christopher Bokas, Esquire, has filed an application with the Court for allowance of additional compensation in the amount of $1,400.00, for total compensation of $2,800.00.

Any person who objects to the approval of said fee must, within twenty (20) days of the date of this notice, file an objection with the Clerk of the United States Bankruptcy Court, 900 Market Street, Suite 400, Philadelphia, PA 19107, and serve the same upon debtor's counsel, Christopher Bokas, Esquire, 20 West Third Street, Media, PA 19063, Telephone 610-352-7100.

In the event that no objection is filed, the Court may approve the application.


/s/ Christopher Bokas
Christopher Bokas, Esquire


March 17, 2020

CHRISTOPHER BOKAS, ESQUIRE
20 West Third Street
Media, PA   19063-2646
Tel: 610-352-7100
Fax: 484-483-1013
Christopherbokas@gmail.com                                Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                  :          Bk. No. 19-14768-ELF
                                        :
ANGELA DiPOLO                           :          Chapter 13
            Debtor                      :

**APPLICATION for ALLOWANCE of COMPENSATION PURSUNT to L.B.R. 2016-2**

To the Honorable Eric L. Frank, United States Bankruptcy Judge:

The Application of Christopher Bokas, Esquire, respectfully represents:

1. Applicant is counsel for the above-named debtor and makes this application for allowance of compensation pursuant to Section 330 of the Bankruptcy Code and L.B.R. 2016-2, for professional services rendered for said debtor.

2. All services rendered for which compensation is requested were performed for or on behalf of the debtor, the services were necessary, and the compensation requested is reasonable.

3. Debtor previously paid applicant $1,400.00 prior to the filing of her Chapter 13 Bankruptcy petition, as set forth in 2016(b) Disclosure.

4. Applicant requests an award of remaining compensation of $1,400.00, for a total of $2,800.00, as set forth in 2016(b) Disclosure, for hours expended in providing the following services: 1) initial consultation and analysis of debtor's financial situation; 2) preparation and filing of the bankruptcy petition, schedules and plan; 3) representation at the Section 341 Meeting; 4) review of the Claims Register; 5) preparation and filing of an amended Chapter 13 plan; and, 6) telephone calls to the debtor concerning confirmation issues.

5. Debtor's petition was filed on July 30, 2019, and the plan was confirmed on January 28, 2020.

6. Applicant has received payment from the debtor and made disbursements as follows:

|  |  |
|---|---|
| Total received | $1,400.00 |
| Less: Court filing fee | 310.00 |
| Attorney fee to date | 1,090.00 |
| Balance of requested fee | $1,400.00 |

7. None of the compensation to be paid to applicant will be shared with any other person.

**WHEREFORE,** applicant requests that this Honorable Court authorize payment by Chapter 13 Trustee to applicant of $1,400.00 for legal services rendered by him.

Respectfully submitted,

/s/ *Christopher Bokas*
Christopher Bokas, Esquire

March 17, 2020

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                :           Bk. No. 19-14768-ELF
                                      :
ANGELA DiPOLO                         :           Chapter 13
        Debtor                        :

### O R D E R

**AND NOW,** this          day of                , 2020, upon consideration of the Application for Compensation ("the Application") filed by Christopher Bokas, Esquire, as counsel for the above-named debtor, and upon the Applicant's certification of no response,

It is hereby **ORDERED** that the Application is **GRANTED.**

Compensation is **ALLOWED** in favor of the Applicant in the amount of **$2,800.00.** The Chapter 13 Trustee is authorized to distribute to the Applicant as an administrative expense pursuant to 11 U.S.C. Sec. 1326(b), 11 U.S.C. Sec. 507, 11 U.S.C. Sec. 503(b) and 11 U.S.C. Sec. 330(a)(4)(B) the allowed compensation set forth above, less **$1,400.00,** which was paid the by debtor prepetition, to the extent such distribution is authorized under the terms of the confirmed Chapter 13 plan.

**BY THE COURT:**

_____
                                    J.

CHRISTOPHER BOKAS, ESQUIRE
20 West Third Street
Media, PA   19063-2646
Tel: 610-352-7100
Fax: 484-483-1013
Christopherbokas@gmail.com                    Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bk. No. 19-14768-ELF |
| | : | |
| ANGELA DiPOLO | : | Chapter 13 |
| Debtor | : | |

**CERTIFICATION OF SERVICE**

    I, Christopher Bokas, Esquire, hereby certify that a true and correct copy of the foregoing Application for Allowance of Compensation Pursuant to L.B.R. 20162 was served on March 17, 2020, by first class U.S. Mail to the debtor and all creditors that filed a claim, and electronically to U.S. Trustee and Chapter 13 Trustee.


                                                     */s/ Christopher Bokas*
                                                   CHRISTOPHER BOKAS, ESQUIRE

March 17, 2020