UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : Bk. No. 19-14768-ELF
:
ANGELA DiPOLO : Chapter 13
Debtor :

**ORDER**

**AND NOW,** this 10th day of April, 2020, upon consideration of the Application for Compensation ("the Application") filed by Christopher Bokas, Esquire, as counsel for the above-named debtor, and upon the Applicant's certification of no response,

It is hereby **ORDERED** that the Application is **GRANTED.**

Compensation is **ALLOWED** in favor of the Applicant in the amount of **$2,800.00.** The Chapter 13 Trustee is authorized to distribute to the Applicant as an administrative expense pursuant to 11 U.S.C. Sec. 1326(b), 11 U.S.C. Sec. 507, 11 U.S.C. Sec. 503(b) and 11 U.S.C. Sec. 330(a)(4)(B) the allowed compensation set forth above, less **$1,400.00,** which was paid the by debtor prepetition, to the extent such distribution is authorized under the terms of the confirmed Chapter 13 plan.

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**