United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Angela DiPolo  
    Debtor

Case No. 19-14768-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Christina    Page 1 of 1    Date Rcvd: Apr 13, 2020  
                   Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 15, 2020.  
db         Angela DiPolo,    1 Radnor Drive, Unit E-4,    Newtown Square, PA   19073-4265

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                              TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                               TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 15, 2020                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 13, 2020 at the address(es) listed below:

        CHRISTOPHER BOKAS    on behalf of Debtor Angela DiPolo ChristopherBokas@gmail.com, paralegaledp@yahoo.com  
        KEVIN G. MCDONALD    on behalf of Creditor    Nationstar Mortgage LLC D/B/A Mr. Cooper bkgroup@kmllawgroup.com  
        MICHELLE JEANNE STRANEN    on behalf of Creditor    Radnor Place Condominium Association mstranen@marcushoffman.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com  
                                                                                              TOTAL: 5

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bk. No. 19-14768-ELF |
| | : | |
| ANGELA DiPOLO | : | Chapter 13 |
| Debtor | : | |

# ORDER

**AND NOW,** this 10th day of April, 2020, upon consideration of the Application for Compensation ("the Application") filed by Christopher Bokas, Esquire, as counsel for the above-named debtor, and upon the Applicant's certification of no response,

It is hereby **ORDERED** that the Application is **GRANTED**.

Compensation is **ALLOWED** in favor of the Applicant in the amount of **$2,800.00.** The Chapter 13 Trustee is authorized to distribute to the Applicant as an administrative expense pursuant to 11 U.S.C. Sec. 1326(b), 11 U.S.C. Sec. 507, 11 U.S.C. Sec. 503(b) and 11 U.S.C. Sec. 330(a)(4)(B) the allowed compensation set forth above, less **$1,400.00,** which was paid the by debtor prepetition, to the extent such distribution is authorized under the terms of the confirmed Chapter 13 plan.

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**