# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

      Chapter 13

      Bankruptcy No. 19-14768-ELF

ANGELA DIPOLO

1 RADNOR DRIVE
UNIT E-4
NEWTOWN SQUARE, PA 19073-

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    ANGELA DIPOLO

    1 RADNOR DRIVE
    UNIT E-4
    NEWTOWN SQUARE, PA 19073-

Counsel for debtor(s), by electronic notice only.

    CHRISTOPHER BOKAS
    20 WEST 3RD ST

    MEDIA, PA 19063-

                                            /S/ William C. Miller

Date: 8/4/2020                           _____

                                            William C. Miller, Esquire
                                            Chapter 13 Standing Trustee