**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>ANGELA DIPOLO | Chapter 13 |
| Debtor | Bankruptcy No. 19-14768-ELF |

# O R D E R

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**Date: October 28, 2020**

_____
Eric L. Frank
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA 19105

Debtor's Attorney:
CHRISTOPHER BOKAS
20 WEST 3RD ST

MEDIA, PA 19063-

Debtor:
ANGELA DIPOLO

1 RADNOR DRIVE
UNIT E-4
NEWTOWN SQUARE, PA 19073-