United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Angela DiPolo  
    Debtor(s)

Case No. 19-14768-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Adminstra     Page 1 of 3  
Date Rcvd: Oct 28, 2020     Form ID: pdf900     Total Noticed: 29

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 30, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Angela DiPolo, 1 Radnor Drive, Unit E-4, Newtown Square, PA 19073-4265 |
| cr | + | Wilmington Savings Fund Society, FSB, as Owner Tru, AMIP Management, 3020 Old Ranch Parkway, Suite 180, Seal Beach, CA 90740-2799 |
| 14365397 | | AMR Mid Atlantic, P.O. Box 409880, Atlanta, GA 30384-0330 |
| 14365398 | + | Bay Area Credit Service, P.O. Box 467600, Atlanta, GA 31146-7600 |
| 14365401 | + | Crozer Keystone, Prospect Health Access Network, Dept. 0031, P.O. Box 6597, Champaign, IL 61826-6597 |
| 14365404 | + | Marcus & Hoffman, Attorneys at Law, 326 West State Street, Media, PA 19063-3861 |
| 14365405 | | Med-Equip, P.O. Box 825543, Philadelphia, PA 19182-5543 |
| 14371077 | + | Nationstar Mortgage LLC, dba Mr. Cooper, c/o Kevin G. McDonald, Esq., 701 Market St., Ste 5000, Philadelphia, PA 19106-1541 |
| 14393327 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9096 |
| 14365407 | + | Nationstar Mortgage LLC, d/b/a Mr. Coope, 8950 Cypress Waters Boulevard, Coppell, TX 75019-4620 |
| 14365410 | | Radiology Associates of Main Line, P.O. Box 678678, Dallas, TX 75267-8678 |
| 14463600 | + | Wilmington Savings Fund Society, FSB, c/o AMIP Management, 3020 Old Ranch Parkway, Suite 180, Seal Beach, CA 90740-2799 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Oct 29 2020 02:42:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 29 2020 02:41:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Oct 29 2020 02:42:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/Text: mstranen@marcushoffman.com | Oct 29 2020 02:41:00 | Radnor Place Condominium Association, c/o Michelle J. Stranen, 326 West State Street, c/o Michelle J. Stranen, 326 West State, Media, PA 19063-3861 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Oct 29 2020 02:07:51 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14365399 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 29 2020 02:08:41 | Carson Smithfield, LLC, P.O. Box 9216, Old Bethpage, NY 11804-9016 |
| 14365400 | | Email/Text: csd1clientservices@cboflanc.com | Oct 29 2020 02:42:00 | Credit Bureau of Lancaster County, Inc., P.O. Box 1271, Lancaster, PA 17608-1271 |
| 14365403 | | Email/Text: bankruptcy@affglo.com | Oct 29 2020 02:41:00 | Global Credit Collection, P.O. Box 129, Linden, MI 48451-0129 |
| 14376606 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 29 2020 02:08:41 | MERRICK BANK, Resurgent Capital Services, |

Case 19-14768-elf    Doc 38    Filed 10/30/20    Entered 10/31/20 00:48:05    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: Adminstra | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 28, 2020 | Form ID: pdf900 | Total Noticed: 29 |

| | | | | |
|---|---|---|---|---|
| | | | | PO Box 10368, Greenville, SC 29603-0368 |
| 14365406 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 29 2020 02:41:00 | Midland Credit Management, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2709 |
| 14393131 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 29 2020 02:41:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14380106 | + | Email/Text: blegal@phfa.org | Oct 29 2020 02:41:00 | PHFA/HEMAP, 211 NORTH FRONT ST, PO BOX 15206, HARRISBURG, PA 17105-5206 |
| 14398765 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 29 2020 02:07:52 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14365408 | + | Email/Text: blegal@phfa.org | Oct 29 2020 02:41:00 | Pennsylvania Housing Finance Agency-HEMA, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14365409 | | Email/Text: BKRMailOps@weltman.com | Oct 29 2020 02:41:00 | Portfolio Recovery Associates, c/o Weltman, Weinberg & Reis, P.O. Box 93784, Cleveland, OH 44101-5784 |
| 14365988 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 29 2020 02:07:51 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14373252 | + | Email/Text: mstranen@marcushoffman.com | Oct 29 2020 02:41:00 | The Radnor Place Condominium Assoc., c/o Michelle J. Stranen, esq., 326 West State Street, Media PA 19063-3861 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14365402 | ##+ | Global Credit & Collection Corp., P.O. Box 2127, Schiller Park, IL 60176-0127 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 30, 2020    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 28, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHRISTOPHER BOKAS | on behalf of Debtor Angela DiPolo ChristopherBokas@gmail.com paralegaledp@yahoo.com |
| KEVIN G. MCDONALD | on behalf of Creditor Nationstar Mortgage LLC D/B/A Mr. Cooper bkgroup@kmllawgroup.com |
| MICHELLE JEANNE STRANEN | |

| District/off: 0313-2 | User: Adminstra | Page 3 of 3 |
| Date Rcvd: Oct 28, 2020 | Form ID: pdf900 | Total Noticed: 29 |

on behalf of Creditor Radnor Place Condominium Association mstranen@marcushoffman.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.

ecfemails@ph13trustee.com  philaecf@gmail.com

TOTAL: 5

# UNITED STATES BANKRUTPCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  
ANGELA DIPOLO

Chapter 13

Debtor

Bankruptcy No. 19-14768-ELF

## O R D E R

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**Date: October 28, 2020**

_____  
Eric L. Frank  
Bankruptcy Judge

William C. Miller, Trustee  
P.O. Box 1229  
Philadelphia, PA  19105

Debtor's Attorney:  
CHRISTOPHER BOKAS  
20 WEST 3RD ST

MEDIA, PA 19063-

Debtor:  
ANGELA DIPOLO

1 RADNOR DRIVE  
UNIT E-4  
NEWTOWN SQUARE, PA 19073-